**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**DISTRICT OF MARYLAND**

Case number (if known): _____

Chapter you are filing under:

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Richard**<br>First Name | **Amy**<br>First Name |
| | | **Allan**<br>Middle Name | **Janice**<br>Middle Name |
| | Bring your picture identification to your meeting with the trustee. | **Cantor**<br>Last Name | **Cantor**<br>Last Name |
| | | _____<br>Suffix (Sr., Jr., II, III) | _____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | First Name | First Name |
| | | Middle Name | Middle Name |
| | | Last Name | Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _4_ _9_ _7_ _3_<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ | xxx – xx – _5_ _6_ _6_ _1_<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ |
| 4. | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and doing business as names | ☒ I have not used any business names or EINs.<br><br>Business name<br><br>Business name<br><br>Business name | ☒ I have not used any business names or EINs.<br><br>Business name<br><br>Business name<br><br>Business name |

| Debtor 1 | Richard | Allan | Cantor | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

___ ___  –  ___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___  –  ___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___  –  ___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___  –  ___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5.  Where you live**

**311 Oak Knoll Terrace**
Number   Street

_____

**Rockville**          **MD**    **20850**
City              State    ZIP Code

**Montgomery**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City                    State    ZIP Code

If Debtor 2 lives at a different address:

**311 Oak Knoll Terrace**
Number   Street

_____

**Rockville**          **MD**    **20850**
City              State    ZIP Code

**Montgomery**
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City                    State    ZIP Code

**6.  Why you are choosing this district to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

## Part 2:   Tell the Court About Your Bankruptcy Case

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Richard**          **Allan**          **Cantor**
            First Name        Middle Name        Last Name                    Case number (if known)

**8.    How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____    When _____    Case number _____
                                            MM / DD / YYYY

District _____    When _____    Case number _____
                                            MM / DD / YYYY

District _____    When _____    Case number _____
                                            MM / DD / YYYY

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____    Relationship to you _____

District _____    When _____    Case number,
                                            MM / DD / YYYY     if known _____

Debtor _____    Relationship to you _____

District _____    When _____    Case number,
                                            MM / DD / YYYY     if known _____

**11.   Do you rent your residence?**

☐ No.    Go to line 12.
☑ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☑ No.    Go to line 12.
☐ Yes.    Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 3

Debtor 1    **Richard**          **Allan**          **Cantor**                    Case number (if known) _____
       First Name        Middle Name        Last Name

---

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____    _____    _____
City                                 State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a  *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

## Part 4:  Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
               Number    Street

_____

_____    _____    _____
City                                 State     ZIP Code

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Richard** | **Allan** | **Cantor** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 6:    Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☒ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☒ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts. _____

**17. Are you filing under Chapter 7?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☒ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Richard Allan Cantor**  
Richard Allan Cantor, Debtor 1

Executed on **02/19/2016**  
MM / DD / YYYY

X **/s/ Amy Janice Cantor**  
Amy Janice Cantor, Debtor 2

Executed on **02/19/2016**  
MM / DD / YYYY

Debtor 1   **Richard**        **Allan**        **Cantor**                    Case number *(if known)* _____
           First Name          Middle Name      Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.


**X** **/s/ Merrill Cohen**_____        Date   **02/19/2016**_____
       Signature of Attorney for Debtor                              MM / DD / YYYY


**Merrill Cohen**_____
Printed name

**Cohen, Baldinger & Greenfeld, LLC**_____
Firm Name

**2600 Tower Oaks Blvd.**_____
Number          Street

**Suite 103**_____


_____


**Rockville**_____    **MD**      **20852**_____
City                                      State      ZIP Code


Contact phone   **(301) 881-8300**_____   Email address **attorney@cohenbaldinger.com**____


**04082**_____   _____
Bar number                                    State

**Fill in this information to identify your case and this filing:**

Debtor 1    **Richard**    **Allan**    **Cantor**
           First Name      Middle Name      Last Name

Debtor 2    **Amy**    **Janice**    **Cantor**
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known)  _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                  12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1.**   Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**3 B/R Marriott Timeshare Orlando, FL**
**100% Owner 1 week per year**

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☑ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,900.00 | $8,900.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ Check if this is community property (see instructions)

**2.**   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................➔    **$8,900.00**

## Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**   Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

Debtor 1   **Richard        Allan        Cantor**
　　　　　First Name        Middle Name        Last Name        Case number (if known) _____

3.1.

| | | |
|---|---|---|
| Make: | **Land Rover** | **Who has an interest in the property?** Check one. |
| Model: | **Range Rover HSE** | |
| Year: | **2008** | |
| Approximate mileage: | **160,000** | |

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information:
**2008 Rover Land Rover HSE**

- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$11,107.00**

Current value of the portion you own? **$11,107.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☐ No
   - ☑ Yes

4.1.

| | |
|---|---|
| Make: | **Yamaha** |
| Model: | **Jet Boat** |
| Year: | **2005** |

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information:
**2005 Yamaha Jet Boat**

- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$2,000.00**

Current value of the portion you own? **$2,000.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................➔ **$13,107.00**

---

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☑ Yes. Describe.....  **3 BR Sets, DR Set; Misc.Furniture**        **$1,800.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☑ Yes. Describe.....  **4TVs, Sound Equipment and Electrical Fixtures**        **$2,200.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☐ No
   - ☑ Yes. Describe.....  **Misc. Collectibles and Art**        **$1,500.00**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☑ No
   - ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☑ No
    - ☐ Yes. Describe.....

Debtor 1    __Richard_____ __Allan_____ __Cantor_____    Case number (if known) _____
          First Name              Middle Name              Last Name

**11.  Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐  No

☑  Yes.  Describe.....    **See continuation page(s).**                                      __$2,500.00__

**12.  Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐  No

☑  Yes.  Describe.....    **See continuation page(s).**                                      __$3,000.00__

**13.  Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑  No

☐  Yes.  Describe.....                                                                        _____

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

☑  No

☐  Yes.  Give specific information............                                                _____

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here.......................................................** →    | $11,000.00 |

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16.  Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐  No

☑  Yes........................................................................................... Cash:  ..........................  __$200.00__

**17.  Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐  No

☑  Yes...........................         Institution name:

17.1.   Checking account:   **Wells Fargo Bank**

                                                                                             $1,000.00

17.2.   Checking account:   **Bank of America**                                              $0.00

**18.  Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑  No

☐  Yes...........................   Institution or issuer name:

Debtor 1    **Richard**          **Allan**          **Cantor**          Case number (if known) _____
             First Name         Middle Name        Last Name

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific
     information about
     them.........................    Name of entity:                                    % of ownership:

| | | |
|---|---|---|
| **Hemingway Homes-Bethesda, LLC**<br>**(inactive no assets 50% (h), 50% (w)** | **100%** | **$0.00** |
| **Hemingway Homes LLC**<br>**50% (h), 50% (w)**<br>**(note: owns 10% of Hemingway RPH Holdings, LLC)** | **100%** | **$0.00** |
| **Hemingway Home Improvements, LLC**<br>**60%** | **60%** | **$10,000.00** |
| **Cambridge at Harbourview LLC**<br>**50% (h), 50% (w)**<br>**(inactive)** | **100%** | **$0.00** |
| **Financial Concierge Servies, LLC**<br>**(inactive)** | **100%** | **$1.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
     information about
     them.........................    Issuer name:

21. **Retirement or pension accounts**
    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes.  List each
     account separately.    Type of account:      Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes...........................    Institution name or individual:

     Security deposit on rental unit:  **Sec. Dep. w/ LL Nicola Daniel**                          **$3,300.00**

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes...........................    Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes...........................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
     information about them                                                    _____

Debtor 1    **Richard**          **Allan**          **Cantor**
　　　　　　First Name          Middle Name          Last Name          Case number (if known) _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
　　　*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

　　☑ No
　　☐ Yes. Give specific
　　　　information about them                                                                          _____

**27. Licenses, franchises, and other general intangibles**
　　　*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

　　☐ No
　　☑ Yes. Give specific    **Builder License for Hemingway Home Improvements**                      **$1.00**
　　　　information about them                                                                          _____

**Money or property owed to you?**                                                                   **Current value of the**
                                                                                                     **portion you own?**
                                                                                                     Do not deduct secured
                                                                                                     claims or exemptions.

**28. Tax refunds owed to you**

　　☑ No
　　☐ Yes. Give specific information
　　　　about them, including whether          Federal: _____ **$0.00**
　　　　you already filed the returns
　　　　and the tax years.....................          State: _____ **$0.00**

                                              Local: _____ **$0.00**

**29. Family support**
　　　*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

　　☑ No
　　☐ Yes. Give specific information          Alimony: _____ **$0.00**

                                         Maintenance: _____ **$0.00**

                                              Support: _____ **$0.00**

                                    Divorce settlement: _____ **$0.00**

                                   Property settlement: _____ **$0.00**

**30. Other amounts someone owes you**
　　　*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
　　　　　　　　　compensation, Social Security benefits; unpaid loans you made to someone else

　　☑ No
　　☐ Yes. Give specific information                                                                   _____

**31. Interests in insurance policies**
　　　*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

　　☐ No
　　☑ Yes. Name the insurance
　　　　company of each policy
　　　　and list its value................ Company name:          Beneficiary:          Surrender or refund value:

　　　　　**Nationwide (Renter's)**
　　　　_____          _____          **$0.00**

**32. Any interest in property that is due you from someone who has died**
　　　If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
　　　entitled to receive property because someone has died

　　☑ No
　　☐ Yes. Give specific information                                                                   _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
　　　*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

　　☑ No
　　☐ Yes. Describe each claim........                                                                  _____

Debtor 1    Richard        Allan         Cantor                    Case number (if known) _____
            First Name     Middle Name   Last Name

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........                                        _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information                                         _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................➔ | **$14,502.00** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

                                                                          **Current value of the
                                                                          portion you own?**
                                                                          Do not deduct secured
                                                                          claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                                        _____

39. **Office equipment, furnishings, and supplies**
    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes.  Describe..    **Furniture, fax, computers, printers**             _____$600.00

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..                                                        _____

41. **Inventory**

☑ No
☐ Yes.  Describe..                                                        _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....   Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes.  Describe.....                                             _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................➔ | **$600.00** |

Debtor 1    __Richard_____    __Allan_____    __Cantor_____    Case number (if known) _____
              First Name               Middle Name              Last Name

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47.  **Farm animals**
     *Examples:* Livestock, poultry, farm-raised fish
     ☑ No
     ☐ Yes....                                                          _____

48.  **Crops--either growing or harvested**
     ☑ No
     ☐ Yes.  Give specific
         information...............                                     _____

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
     ☑ No
     ☐ Yes....                                                          _____

50.  **Farm and fishing supplies, chemicals, and feed**
     ☑ No
     ☐ Yes....                                                          _____

51.  **Any farm- and commercial fishing-related property you did not already list**
     ☑ No
     ☐ Yes.  Give specific
         information...............                                     _____

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have
     attached for Part 6. Write that number here**................................................................➔    | _____ $0.00 |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
     ☑ No
     ☐ Yes.  Give specific information.

54.  **Add the dollar value of all of your entries from Part 7.  Write that number here**.............................➔    | _____ $0.00 |

Debtor 1    **Richard**          **Allan**          **Cantor**          Case number (if known) _____
            First Name           Middle Name        Last Name

### Part 8:   List the Totals of Each Part of this Form

**55.  Part 1: Total real estate, line 2**................................................................................➔          $8,900.00

**56.  Part 2: Total vehicles, line 5**                                                    $13,107.00

**57.  Part 3: Total personal and household items, line 15**                              $11,000.00

**58.  Part 4: Total financial assets, line 36**                                          $14,502.00

**59.  Part 5: Total business-related property, line 45**                                    $600.00

**60.  Part 6: Total farm- and fishing-related property, line 52**                             $0.00

**61.  Part 7: Total other property not listed, line 54**                    +                 $0.00

**62.  Total personal property.**   Add lines 56 through 61...................       $39,209.00      Copy personal      +       $39,209.00
                                                                                               property total  ➔

**63.  Total of all property on Schedule A/B.**   Add line 55 + line 62..................................................       $48,109.00

Debtor 1  **Richard**            **Allan**            **Cantor**            Case number (if known) _____
          First Name            Middle Name          Last Name

**11.** <u>Clothes (details):</u>

**Misc. Men Clothing**                                                    **$1,000.00**

**Misc. Women Clothing**                                                  **$1,500.00**

**12.** <u>Jewelry (details):</u>

**Misc. Jewelry**                                                        **$1,500.00**

**Wedding Rings**                                                        **$1,500.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard** | **Allan** | **Cantor** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amy** | **Janice** | **Cantor** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **DISTRICT OF MARYLAND** | | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description **3 B/R Marriott Timeshare Orlando, FL 100% Owner 1 week per year** Line from *Schedule A/B:*   **1.1** | **$8,900.00** | ☑ **$1,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(ii)** |
| Brief description **2005 Yamaha Jet Boat** Line from *Schedule A/B:*   **4.1** | **$2,000.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)** |

3. **Are you claiming a homestead exemption of more than $155,675?**

   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description<br>**3 BR Sets, DR Set; Misc.Furniture**<br><br>Line from *Schedule A/B:*  **6** | $1,800.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)** |
| Brief description<br>**4TVs, Sound Equipment and Electrical Fixtures**<br>Line from *Schedule A/B:*  **7** | $2,200.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)** |
| Brief description<br>**Misc. Collectibles and Art**<br><br>Line from *Schedule A/B:*  **8** | $1,500.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)** |
| Brief description<br>**Misc. Men Clothing**<br><br>Line from *Schedule A/B:*  **11** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** |
| Brief description<br>**Misc. Women Clothing**<br><br>Line from *Schedule A/B:*  **11** | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** |
| Brief description<br>**Misc. Jewelry**<br><br>Line from *Schedule A/B:*  **12** | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description<br>**Wedding Rings**<br><br>Line from *Schedule A/B:*  **12** | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description<br>**Cash**<br><br>Line from *Schedule A/B:*  **16** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description<br>**Wells Fargo Bank**<br><br>Line from *Schedule A/B:*  **17.1** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |

| Debtor 1 | Richard | Allan | Cantor | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description<br>**Bank of America**<br><br>Line from *Schedule A/B*: __17.2__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description<br>**Hemingway Home Improvements, LLC 60%**<br>Line from *Schedule A/B*: __19__ | $10,000.00 | ☑ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)** |
| Brief description<br>**Furniture, fax, computers, printers**<br><br>Line from *Schedule A/B*: __39__ | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1)** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Richard** First Name | **Allan** Middle Name | **Cantor** Last Name |
| Debtor 2 (Spouse, if filing) | **Amy** First Name | **Janice** Middle Name | **Cantor** Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

| 2.1 | Describe the property that secures the claim: | $12,000.00 | $11,107.00 | $893.00 |
|---|---|---|---|---|

**Monument Bank**
Creditor's name
**2101 Gaither Road**
Number    Street
**Suite 600**

**Describe the property that secures the claim:**

**2008 Range Rover Land Rover HSE**

**Rockville          MD    20850**
City              State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**  2013

**Joint with Hemingway Homes LLC**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Auto Loan**

**Last 4 digits of account number**    1  2  0  1

Add the dollar value of your entries in Column A on this page. Write that number here:                **$12,000.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:            **$12,000.00**

**Fill in this information to identify your case:**

| Debtor 1 | Richard | Allan | Cantor |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Amy | Janice | Cantor |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known)  _____

☐ Check if this is an
amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G).  Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).**

### Part 1:      List All of Your PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims against you?**

☑ No.  Go to Part 2.

☐ Yes.

2.    **List all of your priority unsecured claims.**  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to the creditor's name.  If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| Debtor 1 | Richard | Allan | Cantor | | Case number (if known) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐    No.  You have nothing to report in this part.  Submit this form to the court with you other schedules.

☑    Yes

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

### 4.1

**Alan S. Kerxton**
Nonpriority Creditor's Name

**11815 Beekman Place**
Number        Street

**$7,048.00**

Last 4 digits of account number    __  __  __  __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐    Contingent
☐    Unliquidated
☐    Disputed

**Potomac            MD    20854**
City                                State        ZIP Code

**Who incurred the debt?**    Check one.

☐    Debtor 1 only
☐    Debtor 2 only
☑    Debtor 1 and Debtor 2 only
☐    At least one of the debtors and another

☐    **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑    No
☐    Yes

**Type of NONPRIORITY unsecured claim:**

☐    Student loans
☐    Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐    Debts to pension or profit-sharing plans, and other similar debts
☑    Other.  Specify
     **Legal Services**

### 4.2

**American Express Bank,  FSB**
Nonpriority Creditor's Name

**PO Box  981537**
Number        Street

**$13,885.00**

Last 4 digits of account number    0    0    5    9

When was the debt incurred?    2010-2011

As of the date you file, the claim is: Check all that apply.

☐    Contingent
☐    Unliquidated
☐    Disputed

**El Paso                TX    79998**
City                                State        ZIP Code

**Who incurred the debt?**    Check one.

☐    Debtor 1 only
☑    Debtor 2 only
☐    Debtor 1 and Debtor 2 only
☐    At least one of the debtors and another

☐    **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑    No
☐    Yes

**Type of NONPRIORITY unsecured claim:**

☐    Student loans
☐    Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐    Debts to pension or profit-sharing plans, and other similar debts
☑    Other.  Specify
     **Credit Card**

Debtor 1  **Richard**        **Allan**           **Cantor**                    Case number (if known) _____
        First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.3**                                                                                                     **$13,308.00**

**American Express Bank,  FSB**
Nonpriority Creditor's Name
**PO Box  981537**
Number        Street

_____

**El Paso**              **TX**      **79998**
City                        State    ZIP Code

Last 4 digits of account number    **7** **5** **6** **4**

When was the debt incurred?    **2010-2011**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Credit Card**

---

**4.4**                                                                                                     **$1,676.00**

**American Express Bank,  FSB**
Nonpriority Creditor's Name
**PO Box  981537**
Number      Street

_____

**El Paso**              **TX**      **79998**
City                        State    ZIP Code

Last 4 digits of account number    **4** **1** **3** **5**

When was the debt incurred?    **2010-2011**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Credit Card**

---

**4.5**                                                                                                     **$14,500.00**

**American Express Centurion Bank**
Nonpriority Creditor's Name
**c/o Amos & Muffoletto**
Number      Street
**3300 N. Ridge Road**

_____

**Ellicott City**        **MD**    **21043**
City                        State    ZIP Code

Last 4 digits of account number    **6** **9** **2** **6**

When was the debt incurred?    **2014**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Credit Card**

---

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.6

**Architectural Ceramics**
Nonpriority Creditor's Name
**800F East Gude Drive**
Number        Street

_____

**Rockville              MD      20850**
City                     State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,200.00**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt**

---

### 4.7

**AT&T**
Nonpriority Creditor's Name
**c/o I C Systems Collections**
Number    Street
**PO Box 64378**

_____

**Saint Paul              MN      55164-0378**
City                     State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$56.00**

**Last 4 digits of account number** _7_ _1_ _1_ _0_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Cellular Services**

---

### 4.8

**Bank of America**
Nonpriority Creditor's Name
**c/o National Enterprise**
Number    Street
**2479 Edison Blvd.**

_____

**Twinsburg              OH      44087**
City                     State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$18,159.55**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

---

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

---

**4.9**

$60,352.88

**Bank of Georgetown**
Nonpriority Creditor's Name
**1115 30th Street**
Number       Street
_____

**Washington            DC    20007**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Deficiency Claim**

**Last 4 digits of account number    0   0   0   4**

**When was the debt incurred?    2014**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

---

**4.10**

$2,550.00

**Barker Brothers Drywall LLC**
Nonpriority Creditor's Name
**2809 Powell Drive**
Number       Street
_____

**Woodbridge            VA    22191**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number    __ __ __ __**

**When was the debt incurred?    _____**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

---

**4.11**

$2,200.00

**Barr Plumbing**
Nonpriority Creditor's Name
**16215 Redland Road**
Number       Street
_____

**Rockville            MD    20862**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number    __ __ __ __**

**When was the debt incurred?    _____**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

---

Debtor 1    **Richard**      **Allan**      **Cantor**      Case number (if known) _____
      First Name       Middle Name       Last Name

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

                                                   **Total claim**

---

**4.12**
                                             **$2,000.00**

**Barron Lumber**
Nonpriority Creditor's Name
**23 W Diamond Avenue**
Number    Street
**Gaithersburg, MD20877**

_____

City                  State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**    **2011**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Personal Guaranty**

---

**4.13**
                                             **$3,000.00**

**Barrons**
Nonpriority Creditor's Name
**23 W Diamond Avenue**
Number    Street
**Gaithersburg, MD20877**

_____

City                  State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Business Debt**

---

**4.14**
                                             **$3,800.00**

**Best Tile Distributors of Virginia, Inc.**
Nonpriority Creditor's Name
**11601 Boiling Brook PKWY**
Number    Street

_____

**Rockville**          **MD**      **20852**
City                  State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**    **2013**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Business Debt**

---

Debtor 1    **Richard**         **Allan**          **Cantor**                    Case number (if known) _____
             First Name      Middle Name      Last Name

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.15                                                                                    **$39.00**

**Capital One Bank**
Nonpriority Creditor's Name
**PO Box 98872**
Number      Street

_____

**Las Vegas**              **NV**     **89193-8872**
City                      State    ZIP Code

Last 4 digits of account number   **7   4   8   5**

When was the debt incurred?   **2011**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

---

4.16                                                                                    **$227.00**

**Capital One Bank USA NA**
Nonpriority Creditor's Name
**PO Box 30281**
Number      Street

_____

**Salt Lake City**        **UT**     **84130**
City                      State    ZIP Code

Last 4 digits of account number   **3   9   2   9**

When was the debt incurred?   **2011**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

---

4.17                                                                                    **$4,800.00**

**Care First Blue Choice**
Nonpriority Creditor's Name
**10455 Mill Run Cr.**
Number      Street

_____

**Owings Mills**          **MD**     **21117**
City                      State    ZIP Code

Last 4 digits of account number   __  __  __  __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Insurance default**

---

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.18

**$7,752.00**

**Citi Bank/ Home Depot**
Nonpriority Creditor's Name
**555 Charles Dr.,#110**
Number     Street

_____

**Thousand Oaks      CA      91360**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **1**  **9**  **4**  **8**
When was the debt incurred?   **2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

### 4.19

**$4,918.00**

**Citibank, N.A.**
Nonpriority Creditor's Name
**c/o LTD Financial Service**
Number     Street
**7322 southwest**

_____

**Houston      TX      77074**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **5**  **0**  **0**  **5**
When was the debt incurred?   **2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

### 4.20

**$20,000.00**

**Component Concepts**
Nonpriority Creditor's Name
**29000 Information Lane**
Number     Street

_____

**Easton      MD      21601**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.21

**$59,295.72**

**Corus Crunstruction, LLC**
Nonpriority Creditor's Name
**11094-D Lee Highway**
Number      Street
**Suite 104**

**Fairfax**            **VA    22030**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

### 4.22

**$4,000.00**

**Custom Audio Video Systems, Inc.**
Nonpriority Creditor's Name
**11163 Lake Chapel Lane**
Number      Street

**Reston**            **VA    21091**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

### 4.23

**$1,379.51**

**Delmarva Power**
Nonpriority Creditor's Name
**PO Box 13608**
Number      Street

**Philadelphia**         **PA    19101**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.24**

**$4,000.00**

**Digital Security**
Nonpriority Creditor's Name
**PO Box 4516**
Number        Street

_____

**Leesburg              VA      20177**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

---

**4.25**

**$359.00**

**Direct TV**
Nonpriority Creditor's Name
**PO Box 6550**
Number        Street

_____

**Greenwood Village      CO      80155**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

---

**4.26**

**$458.45**

**Diversified Consultants, Inc.**
Nonpriority Creditor's Name
**PO Box 551268**
Number        Street

_____

**Jacksonville          FL      32255**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

---

| Debtor 1 | Richard | Allan | Cantor | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.27
**$4,500.00**

**Don Murphy**
Nonpriority Creditor's Name
**18019 Shaffers Mill Road**
Number        Street

_____

**Mt. Airy**        **MD**    **21771**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

### 4.28
**$79,000.00**

**Eagle Bank**
Nonpriority Creditor's Name
**7815 Woodmont Ave.**
Number        Street

_____

**Bethesda**        **MD**    **20814**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **2  0  0  1**

When was the debt incurred?  **2010**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Personal loan**

### 4.29
**$523,197.99**

**Eagle Bank**
Nonpriority Creditor's Name
**7815 Woodmont Avenue**
Number        Street
**Bethesda, , MD 20815**

_____

City        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **4  6  5  9**

When was the debt incurred?  **2009**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

**35219 Hassell Avenue, Bethany Beach, DE**

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.30**

| | | **$1,125,586.31** |
|---|---|---|

**Emigrant Savings Bank**
Nonpriority Creditor's Name
**5 East 42nd Street**
Number    Street

_____

| **New York** | **NY** | **10017** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**35219 Hassell Avenue, Bethany Beach, DE**

Last 4 digits of account number  __4__ __7__ __4__ __0__

When was the debt incurred?  __2008__

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **1st DOT**

---

**4.31**

| | | **$900.00** |
|---|---|---|

**Exxon Mobile**
Nonpriority Creditor's Name
**P.O. Box 6404**
Number    Street

_____

| **Sioux Falls** | **SD** | **57117** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __9__ __8__ __1__ __8__

When was the debt incurred?  __2011__

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit cards**

---

**4.32**

| | | **$1,800.00** |
|---|---|---|

**Fergusons**
Nonpriority Creditor's Name
**800 A Gude Drive**
Number    Street

_____

| **Rockville** | **MD** | **20850** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

---

Debtor 1     **Richard**          **Allan**            **Cantor**                    Case number (if known) _____
             First Name       Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.                                                    **Total claim**

| 4.33 | | $8,000.00 |

**Fireside Homeowners Assoc.**
Nonpriority Creditor's Name
**116 Duvall Lane**
Number        Street

_____

**Gaithersburg**          **MD**    **20877**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**   **2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

| 4.34 | | $26,302.00 |

**Flores Framing**
Nonpriority Creditor's Name
**5211 Ravensworth Road**
Number        Street

_____

**Springfield**          **VA**    **22151**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

| 4.35 | | $2,265.30 |

**Gaithersburg Garage**
Nonpriority Creditor's Name
**7845-F Airpark Road**
Number        Street

_____

**Gaithersburg**          **MD**    **20879**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**   **2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

| Debtor 1 | **Richard** | **Allan** | **Cantor** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.36**

| | $28,000.00 |
|---|---|

**Hybrid Roofing**
Nonpriority Creditor's Name
**8101 Exodus Dr.**
Number        Street

_____

**Gaithersburg        MD    20882**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    2013

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

**4.37**

| | $60,424.14 |
|---|---|

**Independent Concrete**
Nonpriority Creditor's Name
**7950 Penn Randall Place**
Number        Street

_____

**Upper Marlboro        MD    20772**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

**4.38**

| | $3,718.75 |
|---|---|

**IRS Cambridge at Harbourview**
Nonpriority Creditor's Name
**PO Box 80110**
Number        Street

_____

**Cincinnati        OH    45280**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **other**

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.39**

**Jerald Greenspan**
Nonpriority Creditor's Name
**11508 Cushman Road**
Number        Street

_____

**Rockville**            **MD**    **20852**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**  2009-2011

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

**$750,000.00**

---

**4.40**

**Lab. Corp of America**
Nonpriority Creditor's Name
**PO Box 2240**
Number        Street
**Burlington, , NC 27216**

_____

City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical Services**

**$107.00**

---

**4.41**

**Lee's Trees**
Nonpriority Creditor's Name
**16105 Morrow Road**
Number        Street

_____

**Poolesville**          **MD**    **20837**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

**$17,308.00**

---

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.42 | | $615.60 |

**Lerch Early**
Nonpriority Creditor's Name
**7500 Old Georgetown Road**
Number        Street
_____

**Bethesda**              **MD**    **20814**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

| 4.43 | | $13,634.19 |

**Lexus Financial**
Nonpriority Creditor's Name
**PO Box 1259**
Number        Street
**Dept. 119195**
_____

**Oaks**                   **PA**    **19456**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Deficiency- Car Loan**

| 4.44 | | $3,200.00 |

**Matt Klein**
Nonpriority Creditor's Name
**6908 Blaisdell Road**
Number        Street
_____

**Bethesda**              **MD**    **20817**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

Debtor 1    **Richard**         **Allan**          **Cantor**                    Case number (if known) _____
           First Name         Middle Name        Last Name

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.45 | | $16,923.00 |

**Miles, Stockbridge**
Nonpriority Creditor's Name
**11 N. Washington Street**
Number      Street
**Sutie 700**

**Rockville**          **MD**    **20850**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Legal Services**

| 4.46 | | $203,737.43 |

**Monument Bank**
Nonpriority Creditor's Name
**2101 Gaither Road**
Number      Street

**Rockville**          **MD**    **20850**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  0  9  6  3
**When was the debt incurred?**  2011

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

| 4.47 | | $341.00 |

**Nationwide Credit Corp.**
Nonpriority Creditor's Name
**5503 Cherokee Avenue**
Number      Street

**Alexandria**          **VA**    **22312**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Services**

Debtor 1 **Richard** **Allan** **Cantor** Case number (if known) _____
First Name      Middle Name      Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.48

$1,509.00

**Nordstrom**
Nonpriority Creditor's Name
**PO Box 13589**
Number      Street
_____

**Scottsdale**          **AZ**   **85267**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **6   1   5   0**
**When was the debt incurred?**   **2010-2011**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Charge Account**

### 4.49

$50,569.00

**Old World Stone**
Nonpriority Creditor's Name
**20420 Watkins Meadow Drive**
Number      Street
_____

**Germantown**         **MD**   **20876**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

### 4.50

$17,228.15

**Prestige Remodeling**
Nonpriority Creditor's Name
**3505 Hooper Road**
Number      Street
_____

**New Windsor**        **MD**   **21776**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

| Debtor 1 | __Richard__ | __Allan__ | __Cantor__ | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.51**

**Progessive Insurance Company**
Nonpriority Creditor's Name
**c/o Credit Colection Services**
Number     Street
**PO Box 9134**

**Needham**          **MA**    **02494-9134**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __5__  __0__  __3__  __7__

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Insurance**

**$108.00**

---

**4.52**

**Rapid Funding LLC**
Nonpriority Creditor's Name
**c/o G.K. Behena**
Number     Street
**1 Shipwright St.**

**Annapolis**          **MD**    **21401**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___  ___  ___  ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Personal Guaranty**

**$500,000.00**

---

**4.53**

**Reliable Cleaning**
Nonpriority Creditor's Name
**8101 Laurel Bowie Road**
Number     Street

**Bowie**          **MD**    **20715**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___  ___  ___  ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **other**

**$8,363.75**

---

Debtor 1    **Richard**         **Allan**          **Cantor**                    Case number (if known) _____
           First Name     Middle Name     Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.54

**$1,581.52**

**Resort Quest**
Nonpriority Creditor's Name
**PO Box 480**
Number        Street
_____

**Bethany Beach         DE     19930**
City                      State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

### 4.55

**$49,355.00**

**Robert Roseman**
Nonpriority Creditor's Name
**9720 Beman Woods Lane**
Number        Street
_____

**Potomac              MD     20854**
City                      State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Legal Services**

### 4.56

**$682,000.00**

**Rodney Hunt**
Nonpriority Creditor's Name
**201 Chain Bridge Road**
Number        Street
_____

**Mclean               VA     22101**
City                      State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  **2008-2010**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

Debtor 1    **Richard**        **Allan**        **Cantor**                    Case number (if known) _____
          First Name      Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.57**                                                                        **$1,375.00**

**Seasonal Solutions**                    Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**16573 Hudson Road**                     When was the debt incurred?  _____
Number          Street
_____          As of the date you file, the claim is: Check all that apply.
_____          ☐ Contingent
                                          ☐ Unliquidated
**Milton**            **DE**    **19968**  ☐ Disputed
City                  State    ZIP Code
**Who incurred the debt?**  Check one.    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☑ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify
**Is the claim subject to offset?**       **Business Debt**
☑ No
☐ Yes

---

**4.58**                                                                        **$675,000.00**

**Snow Hill LLC**                         Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**c/o G.K. Behena**                        When was the debt incurred?  _____
Number          Street
**1 Shipwright St.**                       As of the date you file, the claim is: Check all that apply.
_____          ☐ Contingent
                                          ☐ Unliquidated
**Annapolis**         **MD**    **21401**  ☐ Disputed
City                  State    ZIP Code
**Who incurred the debt?**  Check one.    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☑ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify
**Is the claim subject to offset?**       **Business Debt**
☑ No
☐ Yes

---

**4.59**                                                                        **$34,000.00**

**Stein Sperling Attorneys at Law**       Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**25 West Middle Lane**                    When was the debt incurred?  **2014**
Number          Street
_____          As of the date you file, the claim is: Check all that apply.
_____          ☐ Contingent
                                          ☐ Unliquidated
**Rockville**         **MD**    **20850**  ☐ Disputed
City                  State    ZIP Code
**Who incurred the debt?**  Check one.    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify
**Is the claim subject to offset?**       **Legal Services**
☑ No
☐ Yes

---

| Debtor 1 | Richard | Allan | Cantor | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

| 4.60 | | **$24,500.00** |
|---|---|---|

**Stone and Tile World**
Nonpriority Creditor's Name
**12260 Wilkens Avenue**
Number        Street

_____

**Rockville**            **MD**    **20852**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

---

| 4.61 | | **$49,428.58** |
|---|---|---|

**Studio Z Design Concepts, LLC**
Nonpriority Creditor's Name
**8120 Woodmont Avenue**
Number        Street
**Suite 950**

_____

**Bethesda**            **MD**    **20814**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

---

| 4.62 | | **$192.00** |
|---|---|---|

**Suburban EKG Associates**
Nonpriority Creditor's Name
**c/o EQUIDATA**
Number        Street
**PO Box 6610**

_____

**Newport News**        **VA**    **23606-0610**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **0**  **3**  **2**  **6**

**When was the debt incurred?**    **2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical Services**

---

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.63

**$1,350.00**

**SYNCB/Fergusons**
Nonpriority Creditor's Name
**PO Box 965005**
Number        Street
_____

**Orlando**              **FL**      **32896**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   6   3   7   9

**When was the debt incurred?**   2013

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

### 4.64

**$7,560.00**

**Vanovers Hardwood Floor Works**
Nonpriority Creditor's Name
**1010-E Cannons Court**
Number        Street
_____

**Woodbridge**           **VA**      **22191**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

### 4.65

**$658.00**

**Verizon**
Nonpriority Creditor's Name
**500 Technology Drive, Ste. 300**
Number        Street
_____

**Weldon Spring**        **MO**      **63304**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   1   2   9   4

**When was the debt incurred?**   2011

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Utilities**

Debtor 1    **Richard**          **Allan**              **Cantor**                    Case number (if known) _____
      First Name          Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.66**

**Wash Radiology**                                    Last 4 digits of account number   __ __ __ __          **$171.93**
Nonpriority Creditor's Name
**c/o Suburban Credit Corp.**                         When was the debt incurred?          _____
Number      Street
**PO Box 30640**                                      As of the date you file, the claim is: Check all that apply.
                                                      ☐ Contingent
                                                      ☐ Unliquidated
**Alexandria          VA     22310**                  ☐ Disputed
City                    State    ZIP Code
Who incurred the debt?   Check one.                   Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                       ☐ Student loans
☑ Debtor 2 only                                       ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                            that you did not report as priority claims
☐ At least one of the debtors and another            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt         ☑ Other. Specify
Is the claim subject to offset?                          **Medical Services**
☑ No
☐ Yes

**4.67**
                                                                                                              **$2,800.00**
**Wells  & Associates, Inc**                          Last 4 digits of account number   __ __ __ __
Nonpriority Creditor's Name
**4412 Powder Mill Road**                             When was the debt incurred?          _____
Number      Street
**Beltsville, MD 207**                                As of the date you file, the claim is: Check all that apply.
                                                      ☐ Contingent
                                                      ☐ Unliquidated
                                                      ☑ Disputed
City                    State    ZIP Code
Who incurred the debt?   Check one.                   Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                       ☐ Student loans
☐ Debtor 2 only                                       ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                            that you did not report as priority claims
☑ At least one of the debtors and another            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt         ☑ Other. Specify
Is the claim subject to offset?                          **Business Debt**
☑ No
☐ Yes

Debtor 1    **Richard**      **Allan**      **Cantor**        Case number (if known) _____

First Name        Middle Name        Last Name

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the
debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for
any debts in Parts 1 or 2, do not fill out or submit this page.

---

**American Express Bank, FSB**
Name
**c/o Schrier,Tolin, Wagman, LLC**
Number    Street
**1390 Piccard Drive, Ste. 315**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.2**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __   __ __   __ __   __ __

**Rockville**      **MD**    **20850**
City        State    ZIP Code

---

**Amos & Muffoletto**
Name
**300 N. Ridge Road**
Number    Street
**Suite 140**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.5**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __   __ __   __ __   __ __

**Ellicot City**      **MD**    **21043**
City        State    ZIP Code

---

**Global Credit Collections**
Name
**PO Box 129**
Number    Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.8**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __   __ __   __ __   __ __

**Linden**      **MI**    **48451**
City        State    ZIP Code

---

**Independent Concrete**
Name
**c/o Bascietto & Bregman, LLC**
Number    Street
**515 Main St.**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.37**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __   __ __   __ __   __ __

**Laurel**      **MD**    **20707**
City        State    ZIP Code

---

**Peter R. Helt, Esquire**
Name
**303 S Main Street, LL**
Number    Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.14**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __   __ __   __ __   __ __

**Mt. Airy**      **MD**    **21771**
City        State    ZIP Code

---

**Phillip B. Ochs, Esqurie**
Name
**4300 Montgomery Ave., #205**
Number    Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.33**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __   __ __   __ __   __ __

**Bethesda**      **MD**    **20814**
City        State    ZIP Code

---

Debtor 1    __Richard__      __Allan__      __Cantor__        Case number (if known) _____
         First Name      Middle Name      Last Name

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

---

**Ralph Sapia, Esquire**
Name
**744 Dulaney Road**
Number     Street
**Suite 5**
_____

_____

**Towson**      **MD**    **21206**
City          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  __4.39__  of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

| Debtor 1 | **Richard** | **Allan** | **Cantor** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

---

6.    **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.    $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b.    $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.    $0.00 |
| | 6d. | **Other.**   Add all other priority unsecured claims. Write that amount here. | 6d. **+**    $0.00 |
| | 6e. | **Total.**   Add lines 6a through 6d. | 6d.    **$0.00** |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.    $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.    $203,737.43 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.    $0.00 |
| | 6i. | **Other.**   Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+**    $5,024,537.32 |
| | 6j. | **Total.**   Add lines 6f through 6i. | 6j.    **$5,228,274.75** |

**Fill in this information to identify your case:**

| Debtor 1 | **Richard** | **Allan** | **Cantor** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Amy** | **Janice** | **Cantor** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1.    **Do you have any executory contracts or unexpired leases?**

☐    No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☑    Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.    **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease
is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of
executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease** | | | **State what the contract or lease is for** |
|---|---|---|---|---|
| **2.1** | **Nicola Daniel** | | | **Rental of 311 Oak Knoll Terrace** |
| | Name | | | **3350.00 per month** |
| | **c/o HAS** | | | **Lease ending May 2016** |
| | Number      Street | | | **Contract to be ASSUMED** |
| | **13606 Anchor Cove Court** | | | |
| | **Rockville** | **MD** | **20850** | |
| | City | State | ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard** | **Allan** | **Cantor** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amy** | **Janice** | **Cantor** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☑ No.  Go to line 3.
   ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
       ☐ No
       ☐ Yes

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| | | |
|---|---|---|
| **3.1** | **Cambridge at Harborview** | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line  **4.57** |
| | **4938 Hampden Lane, Ste. 326** | ☐ Schedule G, line _____ |
| | Number        Street | **Seasonal Solutions** |
| | **Bethesda**              **MD**        **20814** | |
| | City                      State        ZIP Code | |
| **3.2** | **Cambridge at Harborview LLC** | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line  **4.54** |
| | **4938 Hampden Lane, Ste. 326** | ☐ Schedule G, line _____ |
| | Number        Street | **Resort Quest** |
| | **Bethesda**              **MD**        **20814** | |
| | City                      State        ZIP Code | |
| **3.3** | **Harborview** | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line  **4.23** |
| | | ☐ Schedule G, line _____ |
| | Number        Street | **Delmarva Power** |
| | | |
| | City                      State        ZIP Code | |

Debtor 1    **Richard**         **Allan**           **Cantor**
            First Name          Middle Name          Last Name            Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**

                                                                Check all schedules that apply:

| 3.4 |
|-----|

**Harborview**
Name
_____
Number       Street
_____
_____
City                        State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.25**
☐ Schedule G, line _____
**Direct TV**

| 3.5 |
|-----|

**Harborview**
Name
_____
Number       Street
_____
_____
City                        State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.29**
☐ Schedule G, line _____
**Eagle Bank**

| 3.6 |
|-----|

**Harborview**
Name
_____
Number       Street
_____
_____
City                        State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.30**
☐ Schedule G, line _____
**Emigrant Savings Bank**

| 3.7 |
|-----|

**Harborview**
Name
_____
Number       Street
_____
_____
City                        State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.38**
☐ Schedule G, line _____
**IRS Cambridge at Harbourview**

| 3.8 |
|-----|

**Harborview**
Name
_____
Number       Street
_____
_____
City                        State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.51**
☐ Schedule G, line _____
**Progessive Insurance Company**

| 3.9 |
|-----|

**Hemingway Homes**
Name
**4938 Hampton Lane, Ste. 326**
Number       Street
_____
**Bethesda**              **MD**    **20814**
City                        State    ZIP Code

☑ Schedule D, line     **2.1**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Monument Bank**

| 3.10 |
|------|

**Hemingway Homes**
Name
**4938 Hampton Lane, Ste. 326**
Number       Street
_____
**Bethesda**              **MD**    **20814**
City                        State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.37**
☐ Schedule G, line _____
**Independent Concrete**

Debtor 1   **Richard**          **Allan**           **Cantor**
          First Name          Middle Name         Last Name          Case number (if known) _____

▇ **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.11**

**Hemingway Homes**
Name
**4938 Hampton Lane, Ste. 326**
Number     Street

**Bethesda**              **MD**      **20814**
City                      State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.18**
☐ Schedule G, line _____
**Citi Bank/ Home Depot**

---

**3.12**

**Hemingway Homes**
Name
**4938 Hampton Lane, Ste. 326**
Number     Street

**Bethesda**              **MD**      **20814**
City                      State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.35**
☐ Schedule G, line _____
**Gaithersburg Garage**

---

**3.13**

**Hemingway Homes**
Name
**4938 Hampton Lane, Ste. 326**
Number     Street

**Bethesda**              **MD**      **20814**
City                      State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.39**
☐ Schedule G, line _____
**Jerald Greenspan**

---

**3.14**

**Hemingway Homes**
Name
**4938 Hampton Lane, Ste. 326**
Number     Street

**Bethesda**              **MD**      **20814**
City                      State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.46**
☐ Schedule G, line _____
**Monument Bank**

---

**3.15**

**Hemingway Homes**
Name
**4938 Hampton Lane, Ste. 326**
Number     Street

**Bethesda**              **MD**      **20814**
City                      State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.56**
☐ Schedule G, line _____
**Rodney Hunt**

---

**3.16**

**Hemingway Homes**
Name
**4938 Hampton Lane, Ste. 326**
Number     Street

**Bethesda**              **MD**      **20814**
City                      State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.63**
☐ Schedule G, line _____
**SYNCB/Fergusons**

---

**3.17**

**Hemingway Homes**
Name
**4938 Hampton Lane, Ste. 326**
Number     Street

**Bethesda**              **MD**      **20814**
City                      State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.65**
☐ Schedule G, line _____
**Verizon**

---

Debtor 1    **Richard**          **Allan**              **Cantor**
            First Name    Middle Name    Last Name          Case number (if known) _____

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

                                                 Check all schedules that apply:

| 3.18 | **Hemingway Homes** |
|---|---|
| | Name |

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                    **MD**        **20814**
City                            State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.5**
☐ Schedule G, line _____
**American Express Centurion Bank**

| 3.19 | **Hemingway Homes** |
|---|---|
| | Name |

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                    **MD**        **20814**
City                            State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.11**
☐ Schedule G, line _____
**Barr Plumbing**

| 3.20 | **Hemingway Homes** |
|---|---|
| | Name |

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                    **MD**        **20814**
City                            State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.12**
☐ Schedule G, line _____
**Barron Lumber**

| 3.21 | **Hemingway Homes** |
|---|---|
| | Name |

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                    **MD**        **20814**
City                            State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.13**
☐ Schedule G, line _____
**Barrons**

| 3.22 | **Hemingway Homes** |
|---|---|
| | Name |

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                    **MD**        **20814**
City                            State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.20**
☐ Schedule G, line _____
**Component Concepts**

| 3.23 | **Hemingway Homes** |
|---|---|
| | Name |

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                    **MD**        **20814**
City                            State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.21**
☐ Schedule G, line _____
**Corus Cunstruction, LLC**

| 3.24 | **Hemingway Homes** |
|---|---|
| | Name |

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                    **MD**        **20814**
City                            State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.22**
☐ Schedule G, line _____
**Custom Audio Video Systems, Inc.**

Debtor 1    __Richard__      __Allan__          __Cantor__
                First Name        Middle Name        Last Name        Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.25**   __Hemingway Homes__
           Name
           __4938 Hampton Lane, Ste. 326__
           Number        Street

           __Bethesda__                 __MD__    __20814__
           City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    __4.24__
☐ Schedule G, line _____
**Digital Security**

**3.26**   __Hemingway Homes__
           Name
           __4938 Hampton Lane, Ste. 326__
           Number        Street

           __Bethesda__                 __MD__    __20814__
           City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    __4.27__
☐ Schedule G, line _____
**Don Murphy**

**3.27**   __Hemingway Homes__
           Name
           __4938 Hampton Lane, Ste. 326__
           Number        Street

           __Bethesda__                 __MD__    __20814__
           City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    __4.31__
☐ Schedule G, line _____
**Exxon Mobile**

**3.28**   __Hemingway Homes__
           Name
           __4938 Hampton Lane, Ste. 326__
           Number        Street

           __Bethesda__                 __MD__    __20814__
           City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    __4.32__
☐ Schedule G, line _____
**Fergusons**

**3.29**   __Hemingway Homes__
           Name
           __4938 Hampton Lane, Ste. 326__
           Number        Street

           __Bethesda__                 __MD__    __20814__
           City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    __4.34__
☐ Schedule G, line _____
**Flores Framing**

**3.30**   __Hemingway Homes__
           Name
           __4938 Hampton Lane, Ste. 326__
           Number        Street

           __Bethesda__                 __MD__    __20814__
           City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    __4.36__
☐ Schedule G, line _____
**Hybrid Roofing**

**3.31**   __Hemingway Homes__
           Name
           __4938 Hampton Lane, Ste. 326__
           Number        Street

           __Bethesda__                 __MD__    __20814__
           City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    __4.41__
☐ Schedule G, line _____
**Lee's Trees**

Official Form 106H                **Schedule H: Your Codebtors**                                page 5

Debtor 1    **Richard**            **Allan**            **Cantor**
            First Name             Middle Name          Last Name                Case number (if known) _____

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                                            *Column 2:* **The creditor to whom you owe the debt**

                                                                         Check all schedules that apply:

| 3.32 | **Hemingway Homes** |
|---|---|

Name

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                    **MD**      **20814**
City                            State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.42**
☐ Schedule G, line _____
**Lerch Early**

| 3.33 | **Hemingway Homes** |
|---|---|

Name

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                    **MD**      **20814**
City                            State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.43**
☐ Schedule G, line _____
**Lexus Financial**

| 3.34 | **Hemingway Homes** |
|---|---|

Name

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                    **MD**      **20814**
City                            State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.45**
☐ Schedule G, line _____
**Miles, Stockbridge**

| 3.35 | **Hemingway Homes** |
|---|---|

Name

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                    **MD**      **20814**
City                            State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.49**
☐ Schedule G, line _____
**Old World Stone**

| 3.36 | **Hemingway Homes** |
|---|---|

Name

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                    **MD**      **20814**
City                            State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.50**
☐ Schedule G, line _____
**Prestige Remodeling**

| 3.37 | **Hemingway Homes** |
|---|---|

Name

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                    **MD**      **20814**
City                            State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.52**
☐ Schedule G, line _____
**Rapid Funding LLC**

| 3.38 | **Hemingway Homes** |
|---|---|

Name

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                    **MD**      **20814**
City                            State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.53**
☐ Schedule G, line _____
**Reliable Cleaning**

Official Form 106H          **Schedule H: Your Codebtors**

Debtor 1    **Richard**        **Allan**        **Cantor**
      First Name        Middle Name        Last Name        Case number (if known) _____

████    **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.39 | **Hemingway Homes** |
|---|---|
|  | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.58**
☐ Schedule G, line _____
**Snow Hill LLC**

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                **MD**        **20814**
City                        State        ZIP Code

| 3.40 | **Hemingway Homes** |
|---|---|
|  | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.60**
☐ Schedule G, line _____
**Stone and Tile World**

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                **MD**        **20814**
City                        State        ZIP Code

| 3.41 | **Hemingway Homes** |
|---|---|
|  | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.61**
☐ Schedule G, line _____
**Studio Z Design Concepts, LLC**

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                **MD**        **20814**
City                        State        ZIP Code

| 3.42 | **Hemingway Homes** |
|---|---|
|  | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.64**
☐ Schedule G, line _____
**Vanovers Hardwood Floor Works**

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                **MD**        **20814**
City                        State        ZIP Code

| 3.43 | **Hemingway Homes** |
|---|---|
|  | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.67**
☐ Schedule G, line _____
**Wells  & Associates, Inc**

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                **MD**        **20814**
City                        State        ZIP Code

| 3.44 | **Hemingway Homes** |
|---|---|
|  | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.44**
☐ Schedule G, line _____
**Matt Klein**

**4938 Hampton Lane, Ste. 326**
Number        Street

**Bethesda**                **MD**        **20814**
City                        State        ZIP Code

| 3.45 | **Hemingway Homes at Prestcott LLC** |
|---|---|
|  | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.14**
☐ Schedule G, line _____
**Best Tile Distributors of Virginia, Inc.**

Number        Street

City                        State        ZIP Code

Debtor 1    **Richard**              **Allan**               **Cantor**
             First Name              Middle Name             Last Name          Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                              *Column 2:* **The creditor to whom you owe the debt**

                                                           Check all schedules that apply:

| 3.46 | **Hemingway RPH** |
|---|---|
| | Name |

**4938 Hampden Lane, Ste. 326**
Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.52**
☐ Schedule G, line _____
**Rapid Funding LLC**

**Bethesda**                **MD**        **20814**
City                        State         ZIP Code

| 3.47 | **Hemingway RPH Holdings** |
|---|---|
| | Name |

Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.58**
☐ Schedule G, line _____
**Snow Hill LLC**

City                        State         ZIP Code

| 3.48 | **Rands Development, LLC** |
|---|---|
| | Name |

Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.9**
☐ Schedule G, line _____
**Bank of Georgetown**

City                        State         ZIP Code

| 3.49 | **Rands Realty, LLC** |
|---|---|
| | Name |

Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.33**
☐ Schedule G, line _____
**Fireside Homeowners Assoc.**

City                        State         ZIP Code

| 3.50 | **Rodney Hunt** |
|---|---|
| | Name |

**201 Chain Bridge Road**
Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.52**
☐ Schedule G, line _____
**Rapid Funding LLC**

**Mclean**                  **VA**        **22101**
City                        State         ZIP Code

| 3.51 | **Summerfield** |
|---|---|
| | Name |

Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.58**
☐ Schedule G, line _____
**Snow Hill LLC**

City                        State         ZIP Code

| 3.52 | **Summerfield Community Partnership, LLC** |
|---|---|
| | Name |

Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.52**
☐ Schedule G, line _____
**Rapid Funding LLC**

City                        State         ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard** | **Allan** | **Cantor** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amy** | **Janice** | **Cantor** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
    chapter 13 income as of the following date:

    _____
    MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

**1.** **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | **Residential Builder** | |
| **Employer's name** | **Hemingway Home Improvement** | **Jewish Womens Renaissance Proj.** |
| **Employer's address** | **4938 Hampden Lane, #326**<br>Number  Street | **6101 Executive Blvd, Suite 126**<br>Number  Street |
| | **Bethesda**        **MD**   **20814**<br>City               State   Zip Code | **Rockville**        **MD**   **20852**<br>City               State   Zip Code |
| **How long employed there?** | **25 years** | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or<br>non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$11,666.66** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | **$11,666.66** |

Debtor 1   **Richard**          **Allan**          **Cantor**                              Case number (if known) _____
           First Name          Middle Name         Last Name

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ....................................................➔ | 4. | $0.00 | $11,666.66 |
| **5.** | **List all payroll deductions:** | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $932.50 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $583.32 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. | Union dues | 5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify: | 5h. + | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $1,515.82 |
| **7.** | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4. | 7. | $0.00 | $10,150.84 |
| **8.** | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** | 8a. | $1,000.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. | Social Security | 8e. | $0.00 | $0.00 |
| 8f. | **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. | Other monthly income. Specify: | 8h. + | $0.00 | $0.00 |
| **9.** | **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $1,000.00 | $0.00 |
| **10.** | **Calculate monthly income.**   Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $1,000.00  + | $10,150.84  =   $11,150.84 |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11.  +   $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12.   $11,150.84
**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:   **Debtor anticipates an increase in the net income from operating a business to $4000 a month commencing May 2016 for 6-8 months.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard** | **Allan** | **Cantor** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Amy** | **Janice** | **Cantor** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$3,350.00** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | _____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | **$189.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$50.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | _____ |

Debtor 1  __Richard__ _____ __Allan__ _____ __Cantor__ _____      Case number (if known) _____

First Name                     Middle Name                     Last Name

**Your expenses**

| | | |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. _____ **$400.00** |
| | 6b.  Water, sewer, garbage collection | 6b. _____ **$50.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ **$600.00** |
| | 6d.  Other.  Specify: _____ | 6d. _____ **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. _____ **$800.00** |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning**  (See continuation sheet(s) for details) | 9. _____ **$400.00** |
| 10. | **Personal care products and services** | 10. _____ **$50.00** |
| 11. | **Medical and dental expenses** | 11. _____ **$1,000.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. _____ **$600.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ **$300.00** |
| 14. | **Charitable contributions and religious donations** | 14. _____ **$0.00** |
| 15. | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. _____ **$550.00** |
| | 15b.  Health insurance | 15b. _____ **$0.00** |
| | 15c.  Vehicle insurance | 15c. _____ **$400.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. _____ **$0.00** |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20.  Specify: _____ | 16. _____ **$0.00** |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1 | 17a. _____ **$500.00** |
| | 17b.  Car payments for Vehicle 2 | 17b. _____ |
| | 17c.  Other.  Specify: **Payment for use of car** | 17c. _____ **$300.00** |
| | 17d.  Other.  Specify: _____ | 17d. _____ **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. _____ **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.**  Specify: _____ | 19. _____ **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a.  Mortgages on other property | 20a. _____ |
| | 20b.  Real estate taxes | 20b. _____ |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e.  Homeowner's association or condominium dues | 20e. _____ |

Debtor 1   **Richard**          **Allan**          **Cantor**                    Case number (if known) _____
       First Name        Middle Name       Last Name

**21. Other.** Specify: _____   21.   **+** _____

**22. Calculate your monthly expenses.**

22a.  Add lines 4 through 21.                                      22a.   |   **$9,539.00** |

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.   | _____ |

22c.  Add line 22a and 22b.  The result is your monthly expenses.   22c.   |   **$9,539.00** |

**23. Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.   23a.   **$11,150.84**

23b.  Copy your monthly expenses from line 22c above.              23b.   **—**   **$9,539.00**

23c.  Subtract your monthly expenses from your monthly income.
      The result is your monthly net income.                    23c.   |   **$1,611.84** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here:
          **None.**

Debtor 1    **Richard**                **Allan**              **Cantor**                        Case number (if known)  _____
             First Name                Middle Name            Last Name

**9.**    **Clothing, laundry, and dry cleaning (details):**

**Clothing**                                                                                                  **$250.00**

**Laundry/Dry Cleaning**                                                                                      **$150.00**

                                                                                       **Total:** | **$400.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard** | **Allan** | **Cantor** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amy** | **Janice** | **Cantor** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from Schedule A/B............................................................. **$8,900.00**

    1b. Copy line 62, Total personal property, from Schedule A/B.................................................. **$39,209.00**

    1c. Copy line 63, Total of all property on Schedule A/B........................................................... **$48,109.00**

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$12,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$0.00**

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** **$5,228,274.75**

**Your total liabilities** **$5,240,274.75**

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I........................................................................ **$11,150.84**

5. *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J................................................................................ **$9,539.00**

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4:   Answer These Questions for Administrative and Statistical Records

**6.   Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑   Yes

**7.   What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

_____

**9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.   Domestic support obligations.  (Copy line 6a.)                                     _____

9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.)          _____

9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)   _____

9d.   Student loans.  (Copy line 6f.)                                                 _____

9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)                        _____

9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   **+** _____

9g.   **Total.**   Add lines 9a through 9f.                                           _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard** | **Allan** | **Cantor** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amy** | **Janice** | **Cantor** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known)

☐ Check if this is an
    amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Richard Allan Cantor**              X **/s/ Amy Janice Cantor**
Richard Allan Cantor, Debtor 1              Amy Janice Cantor, Debtor 2

Date **02/19/2016**                        Date **02/19/2016**
MM / DD / YYYY                              MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard** | **Allan** | **Cantor** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amy** | **Janice** | **Cantor** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| **6120 Plainview Road** | From **Jan. 1989** | | From _____ |
| Number    Street | To **May 2014** | Number    Street | To _____ |
| **Bethesda     MD   20817** | | | |
| City          State  ZIP Code | | City          State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    __Richard_____ __Allan_____ __Cantor_____
        First Name         Middle Name        Last Name          Case number (if known) _____

## Part 2:    Explain the Sources of Your Income

**4.  Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | _____ | ☑ Wages, commissions, bonuses, tips | **$11,666.66** |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| **For the last calendar year:**<br>(January 1 to December 31, __2015__ )<br>                YYYY | ☐ Wages, commissions, bonuses, tips | _____ | ☐ Wages, commissions, bonuses, tips | _____ |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, __2014__ )<br>                YYYY | ☐ Wages, commissions, bonuses, tips | _____ | ☐ Wages, commissions, bonuses, tips | _____ |
|  | ☐ Operating a business |  | ☐ Operating a business |  |

**5.  Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

**6.**   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.**   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.**   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7.**   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

**8.**   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

**9.**   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes.  Fill in the details.

| | Nature of the case | Court or agency | | Status of the case |
|---|---|---|---|---|
| Case title | **Breach of  Contract** | **Circuit Court of MD for Montgomery Co** | | ☐ Pending |
| **Eagle Bank vs.  Richard Cantor, Amy Cantor** | | Court Name | | ☐ On appeal |
| | | **50 Maryland Avenue** | | ☑ Concluded |
| | | Number     Street | | |
| Case number  **400135V** | | **Rockville**        **MD**     **20850** | | |
| | | City              State   ZIP Code | | |

Debtor 1   **Richard**          **Allan**          **Cantor**
　　　　　　First Name　　　　　Middle Name　　　　Last Name　　　　　　　　　Case number (if known) _____

Case title                **Contract**

**Eagle Bank vs. Richard Cantor,**
**Amy Cantor**

|  |  |  |
|---|---|---|
| **Circuit Cout of MD for  Montgomery Co** | | |
| Court Name | | |
| **50 Maryland Avenue** | | |
| Number | Street | |

☐ Pending
☐ On appeal
☒ Concluded

Case number   **399794V**

| **Rockville** | **MD** | **20850** |
|---|---|---|
| City | State | ZIP Code |

Case title

**Independent Concret LLC vs.**
**Hemingway Homes, LLC**

|  |  |  |
|---|---|---|
| **Circuit Court of MD for PG County** | | |
| Court Name | | |
| **14735 Main Street** | | |
| Number | Street | |

☐ Pending
☐ On appeal
☒ Concluded

Case number   **CAL14-08052**

| **Upper Marlboro** | **MD** | **20772** |
|---|---|---|
| City | State | ZIP Code |

Case title

**Jerald Greespan vs. Richard**
**Cantor, Amy Cantor,**
**Hemingway Homes, LLC,**

|  |  |  |
|---|---|---|
| **Circuit Court of MD for Montgomery Co** | | |
| Court Name | | |
| **50 Maryland Avenue** | | |
| Number | Street | |

☐ Pending
☐ On appeal
☒ Concluded

Case number   **378525V**

| **Rockville** | **MD** | **20850** |
|---|---|---|
| City | State | ZIP Code |

Case title                **Contract**

**Council of Unit Owners of**
**Fireside Cond. Vs. Richard**
**Cantor, Amty Cantor**

|  |  |  |
|---|---|---|
| **District Court of MD for Montgomery Ct** | | |
| Court Name | | |
| **191 E Jefferson Street** | | |
| Number | Street | |

☒ Pending
☐ On appeal
☐ Concluded

Case number   **060100113552013**

| **Rockville** | **MD** | **20850** |
|---|---|---|
| City | State | ZIP Code |

Case title

**Best Tile Distributors of**
**Virginia Inc. vs. Hemingway**
**Homes at Prestcott, LLC, Amy**

|  |  |  |
|---|---|---|
| **District Court of MD for Montgomery Ct** | | |
| Court Name | | |
| **191 E Jefferson Street** | | |
| Number | Street | |

☒ Pending
☐ On appeal
☐ Concluded

Case number   **060100024912013**

| **Rockville** | **MD** | **20850** |
|---|---|---|
| City | State | ZIP Code |

Case title

**Barrons Enterprises, Inc. vs.**
**Hemingway Homes, LLC,**
**Richard Cantor, Amy Cantor**

|  |  |  |
|---|---|---|
| **District Court of MD for Montgomery Ct** | | |
| Court Name | | |
| **191 E Jefferson Street** | | |
| Number | Street | |

☒ Pending
☐ On appeal
☐ Concluded

Case number   **06010021842013**

| **Rockville** | **MD** | **20850** |
|---|---|---|
| City | State | ZIP Code |

Case title

**American Express Centurion**
**Bank vs. Richard Cantor**

|  |  |  |
|---|---|---|
| **District  Court of MD for Montgomery Ct** | | |
| Court Name | | |
| **191 E Jefferson Street** | | |
| Number | Street | |

☐ Pending
☐ On appeal
☒ Concluded

Case number   **060200031482014**

| **Rockville** | **MD** | **20850** |
|---|---|---|
| City | State | ZIP Code |

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case title

**Rolling Acres Landscaping Inc.
vs Richard Cantor**

Case number    **8869D**

| **Circuit Court of MD for Montgomery Ctr** | | ☐ Pending |
| Court Name | | |
| **50 Maryland Avenue** | | ☐ On appeal |
| Number    Street | | |
| | | ☒ Concluded |
| **Rockville** | **MD**    **20850** | |
| City | State    ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☒ No
    ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☒ No
    ☐ Yes

---

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☒ No
    ☐ Yes.  Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☒ No
    ☐ Yes.  Fill in the details for each gift or contribution.

---

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☒ No
    ☐ Yes.  Fill in the details.

---

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

   ☐ No
   ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Cohen, Baldinger & Greenfeld, LLC** | **Total $3,000.00 +FF** | | |
| Person Who Was Paid | | | |
| **2600 Tower Oaks Boulevard** | | 07/2015 | $1,500.00 |
| Number    Street | | | |
| **Suite 103** | | 02/19/16 | $1,500.00 |
| | | | |
| **Rockville**          **MD**     **20852** | | | |
| City                        State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **InCharge Debt Solutions** | **Credit Counseling** | | |
| Person Who Was Paid | | | |
| **5750 Major Blvd., Ste. 300** | | 02/09/16 | |
| Number    Street | | | |
| | | 02/10/16 | |
| | | | |
| **Orlando**            **FL**     **32819** | | | |
| City                        State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

   Do not include any payment or transfer that you listed on line 16.

   ☑ No
   ☐ Yes. Fill in the details.

Debtor 1    **Richard**         **Allan**              **Cantor**                    Case number (if known) _____
        First Name        Middle Name          Last Name

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes.  Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes.  Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes.  Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes.  Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes.  Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23.** **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

| Debtor 1 | Richard | Allan | Cantor | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- **Environmental law** means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- **Site** means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- **Hazardous material** means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**
    ☑ No
    ☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☑ No
    ☐ Yes.  Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No.  None of the above applies.  Go to Part 12.
    ☑ Yes.  Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Summerfield Community Partnership** | **Describe the nature of the business** | **Employer Identification number** |
| Business Name | Real Estate Development | Do not include Social Security number or ITIN. |
| **4938 Hampden Lane, Ste. 326** | | EIN: 2 7 – 0 9 2 7 7 3 4 |
| Number    Street | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From ___2007___  To ___Current___ |
| **Bethesda**    **MD**   **20814** | | |
| City    State   ZIP Code | | |

Debtor 1   Richard          Allan          Cantor                    Case number (if known) _____
           First Name       Middle Name    Last Name

Hemingway Home Improvement, LLC  **Describe the nature of the business**   **Employer Identification number**
                                 Residential Builder                       Do not include Social Security number or ITIN.
Business Name

**4938 Hampden Lane, #326**                                                EIN: _5_ _6_ – _2_ _5_ _8_ _3_ _6_ _4_ _9_
Number    Street
                                 **Name of accountant or bookkeeper**      **Dates business existed**
_____

**Bethesda**         **MD**  **20814**                                     From ___2007___  To  ___Current___
City                 State  ZIP Code


Hemingway RPH, LLC               **Describe the nature of the business**   **Employer Identification number**
                                 Real Estate Development                   Do not include Social Security number or ITIN.
Business Name

**4938 Hampden Lane, #326**                                                EIN: _2_ _7_ – _2_ _8_ _7_ _4_ _1_ _3_ _8_
Number    Street
                                 **Name of accountant or bookkeeper**      **Dates business existed**
_____

**Bethesda**         **MD**  **20814**                                     From ___2007___  To  ___Current___
City                 State  ZIP Code


28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

---

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.


X **/s/ Richard Allan Cantor**                    X **/s/ Amy Janice Cantor**
  Richard Allan Cantor, Debtor 1                     Amy Janice Cantor, Debtor 2

  Date   **02/19/2016**                              Date   **02/19/2016**


**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____   Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                                       *Declaration, and Signature*  (Official Form 119).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:   **Richard Allan Cantor**
        **Amy Janice Cantor**

CASE NO

CHAPTER   **7**

## VERIFICATION OF MAILING LIST

In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.  I also certify that the attached mailing list

[  ] is the first mailing list filed in this case.

[  ] adds entities not listed on previously filed mailing list(s).

[  ] changes or corrects names and address on previously filed mailing lists.


Date  2/19/2016

Signature   /s/ Richard Allan Cantor
                **Richard Allan Cantor**


Date  2/19/2016

Signature   /s/ Amy Janice Cantor
                **Amy Janice Cantor**

Alan S. Kerxton
11815 Beekman Place
Potomac, MD 20854


American Express Bank, FSB
PO Box  981537
El Paso, TX 79998


American Express Bank, FSB
c/o Schrier,Tolin, Wagman, LLC
1390 Piccard Drive, Ste. 315
Rockville, MD 20850

American Express Centurion Bank
c/o Amos & Muffoletto
3300 N. Ridge Road
Ellicott City, MD 21043

Amos & Muffoletto
300 N. Ridge Road
Suite 140
Ellicot City, MD 21043

Architectural Ceramics
800F East Gude Drive
Rockville, MD 20850


AT&T
c/o I C Systems Collections
PO Box 64378
Saint Paul, MN 55164-0378

Bank of America
c/o National Enterprise
2479 Edison Blvd.
Twinsburg, OH 44087

Bank of Georgetown
1115 30th Street
Washington DC 20007

Barker Brothers Drywall LLC
2809 Powell Drive
Woodbridge, VA 22191


Barr Plumbling
16215 Redland Road
Rockville, MD 20862


Barron Lumber
23 W Diamond Avenue
Gaithersburg, MD20877


Barrons
23 W Diamond Avenue
Gaithersburg, MD20877


Best Tile Distributors of Virginia, Inc.
11601 Boiling Brook PKWY
Rockville, MD 20852


Cambridge at Harborview
4938 Hampden Lane, Ste. 326
Bethesda, MD 20814


Cambridge at Harborview LLC
4938 Hampden Lane, Ste. 326
Bethesda, MD 20814


Capital One Bank
PO Box 98872
Las Vegas, NV 89193-8872


Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130

Care First Blue Choice
10455 Mill Run Cr.
Owings Mills, MD 21117


Citi Bank/ Home Depot
555 Charles Dr.,#110
Thousand Oaks, CA 91360


Citibank, N.A.
c/o LTD Financial Service
7322 southwest
Houston, TX 77074

Component Concepts
29000 Information Lane
Easton, MD 21601


Corus Cunstruction, LLC
11094-D Lee Highway
Suite 104
Fairfax, VA 22030

Custom Audio Video Systems, Inc.
11163 Lake Chapel Lane
Reston, VA 21091


Delmarva Power
PO Box 13608
Philadelphia, PA 19101


Digital Security
PO Box 4516
Leesburg, VA 20177


Direct TV
PO Box 6550
Greenwood Village, CO 80155

Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255


Don Murphy
18019 Shaffers Mill Road
Mt. Airy, MD 21771


Eagle Bank
7815 Woodmont Ave.
Bethesda, MD 20814


Eagle Bank
7815 Woodmont Avenue
Bethesda, , MD 20815


Emigrant Savings Bank
5 East 42nd Street
New York, NY 10017


Exxon Mobile
P.O. Box 6404
Sioux Falls, SD 57117


Fergusons
800 A Gude Drive
Rockville, MD 20850


Fireside Homeowners Assoc.
116 Duvall Lane
Gaithersburg, MD 20877


Flores Framing
5211 Ravensworth Road
Springfield, VA 22151

Gaithersburg Garage
7845-F Airpark Road
Gaithersburg, MD 20879


Global Credit Collections
PO Box 129
Linden, MI 48451


Harborview


Hemingway Homes
4938 Hampton Lane, Ste. 326
Bethesda, MD 20814


Hemingway Homes at Prestcott LLC


Hemingway RPH
4938 Hampden Lane, Ste. 326
Bethesda, MD 20814


Hemingway RPH Holdings


Hybrid Roofing
8101 Exodus Dr.
Gaithersburg, MD 20882


Independent Concrete
7950 Penn Randall Place
Upper Marlboro, MD 20772

Independent Concrete
c/o Bascietto & Bregman, LLC
515 Main St.
Laurel, MD 20707


IRS Cambridge at Harbourview
PO Box 80110
Cincinnati, OH 45280


Jerald Greenspan
11508 Cushman Road
Rockville, MD 20852


Lab. Corp of America
PO Box 2240
Burlington, , NC 27216


Lee's Trees
16105 Morrow Road
Poolesville, MD 20837


Lerch Early
7500 Old Georgetown Road
Bethesda, MD 20814


Lexus Financial
PO Box 1259
Dept. 119195
Oaks, PA 19456


Matt Klein
6908 Blaisdell Road
Bethesda, MD 20817


Miles, Stockbridge
11 N. Washington Street
Sutie 700
Rockville, MD 20850

Monument Bank
2101 Gaither Road
Rockville, MD 20850


Monument Bank
2101 Gaither Road
Suite 600
Rockville, MD 20850


Nationwide Credit Corp.
5503 Cherokee Avenue
Alexandria, VA 22312


Nicola Daniel
c/o HAS
13606 Anchor Cove Court
Rockville, MD 20850


Nordstrom
PO Box 13589
Scottsdale, AZ 85267


Old World Stone
20420 Watkins Meadow Drive
Germantown, MD 20876


Peter R. Helt, Esquire
303 S Main Street, LL
Mt. Airy, MD 21771


Phillip B. Ochs, Esqurie
4300 Montgomery Ave., #205
Bethesda, MD 20814


Prestige Remodeling
3505 Hooper Road
New Windsor, MD 21776

Progessive Insurance Company
c/o Credit Colection Services
PO Box 9134
Needham, MA 02494-9134


Ralph Sapia, Esquire
744 Dulaney Road
Suite 5
Towson, MD 21206


Rands Development, LLC




Rands Realty, LLC




Rapid Funding LLC
c/o G.K. Behena
1 Shipwright St.
Annapolis, MD 21401


Reliable Cleaning
8101 Laurel Bowie Road
Bowie, MD 20715


Resort Quest
PO Box 480
Bethany Beach, DE 19930


Robert Roseman
9720 Beman Woods Lane
Potomac, MD  20854


Rodney Hunt
201 Chain Bridge Road
Mclean, VA 22101

Seasonal Solutions
16573 Hudson Road
Milton, DE 19968


Snow Hill LLC
c/o G.K. Behena
1 Shipwright St.
Annapolis, MD 21401


Stein Sperling Attorneys at Law
25 West Middle Lane
Rockville, MD 20850


Stone and Tile World
12260 Wilkens Avenue
Rockville, MD 20852


Studio Z Design Concepts, LLC
8120 Woodmont Avenue
Suite 950
Bethesda, MD 20814


Suburban EKG Associates
c/o EQUIDATA
PO Box 6610
Newport News, VA 23606-0610


Summerfield


Summerfield Community Partnership, LLC


SYNCB/Fergusons
PO Box 965005
Orlando , FL 32896

Vanovers Hardwood Floor Works
1010-E Cannons Court
Woodbridge, VA 22191


Verizon
500 Technology Drive, Ste. 300
Weldon Spring, MO 63304


Wash Radiology
c/o Suburban Credit Corp.
PO Box 30640
Alexandria, VA 22310


Wells  & Associates, Inc
4412 Powder Mill Road
Beltsville, MD 207